UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KATHERINE ANN RAPHAEL-ORTEGA
a/k/a "Katherine Ann Raphael,"
a/k/a "Katherine Anne Raphael,"

    Defendant.
_____/

Case No. 1:20-cr-111

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on September 2, 2020 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (ECF No. 35) is approved and adopted as the opinion of the Court.

2.    Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Superseding Indictment.

3.    The written plea agreement is hereby continued under advisement pending sentencing.

4.    The pending Stipulations (ECF Nos. 26-28) are dismissed as moot.

Dated: September 17, 2020

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge